**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMY KUSH,** | : | **CIVIL ACTION NO. 1:26-CV-2853** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **LUZERNE COUNTY WARDEN FIEDORCZYK,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 28th day of September, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Pennsylvania Attorney General's Office and the Department of Corrections are DISMISSED as respondents in this case and the Clerk of Court is directed to TERMINATE these respondents from the electronic docket of this case.

2. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED AS MOOT.[1]

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE for failure exhaust state court remedies.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

[1] The motion is moot because the petitioner paid the filing fee for this case on September 25, 2026.